


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY NUNCIO (1),<br>RICHARD CHRISTIAN RIOS (2),<br>█████████████████<br>DUSTIN TANNER GASTON (4),<br>BRANDIE NICOLE SALINAS (5),<br>█████████████████<br><br>Defendants. | **SA-21-CR-00183-FB**<br><br>**SUPERSEDING INDICTMENT**<br><br>**COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A); Conspiracy to Possess with Intent to Distribute Methamphetamine<br><br>**COUNTS 2-4:** 21 U.S.C. §§ 841(a)(1) & (b)(1)(A), & 18 U.S.C. § 2; Possession with Intent to Distribute Methamphetamine & Aiding and Abetting |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]

That beginning on or about December 14, 2020, the exact date unknown, and continuing until April 7, 2021, in the Western District of Texas, Defendants,

**TIMOTHY NUNCIO (1),
RICHARD CHRISTIAN RIOS (2),**
█████████████████
**DUSTIN TANNER GASTON (4),
BRANDIE NICOLE SALINAS (5),**
█████████████████

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others, to commit the following offenses against the United States:

1

to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A), and 846.

**COUNT TWO**
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A) & 18 U.S.C. § 2]**

That on or about January 5, 2021, in the Western District of Texas, Defendants,

**TIMOTHY NUNCIO (1),**
**RICHARD CHRISTIAN RIOS (2),**
███████████████ ),

aided and abetted by each other, and others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT THREE**
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A) & 18 U.S.C. § 2]**

That on or about March 31, 2021, in the Western District of Texas, Defendant,

**RICHARD CHRISTIAN RIOS (2),**

aided and abetted by others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT FOUR**
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A) & 18 U.S.C. § 2]**

That on or about April 7, 2021, in the Western District of Texas, Defendants,

**TIMOTHY NUNCIO (1),**

aided and abetted by each other, and others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR WILLIAM CALVE
Assistant United States Attorney