UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   DOCKET NO: SA: 21-CR-183 (5) FB |
| | |
| BRANDIE NICOLE SALINAS | |

## MOTION TO WITDRAW

TO THE HONORABLE FRED BIERY, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Now comes Brigitte Garza, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Movant is attorney of record for BRANDIE NICOLE SALINAS, and was appointed by the Court to represent Defendant in the above matter.

2. The pending settings and deadlines in this case are as follows:

    a. Call Docket is set for June 14, 2022 and Jury Trial is set for June 20, 2022.

3. Good cause exists for withdrawal as counsel in that Movant is unable to effectively communicate with BRANDIE NICOLE SALINAS so as to be able to adequately represent Defendant.

4. The attorney Client Relationship has been so deteriorated and unable to be restored.

5. It is Defendant's desire to have an attorney who will adequately represent her.

6. Defendant is asserting ineffective assistance counsel, therefore, creating conflict between the Attorney and Client Relationship.

7. Defendant has become hostile, rude and extremely disrespectful towards counsel,

therefore, creating conflict between the Attorney and Client Relationship irreparable.

8. This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice.

## CONCLUSION

FOR THESE REASONS, Movant prays this Honorable Court will grant this motion to withdraw.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant her motion to withdraw on the face of this pleading.

Respectfully submitted,

*/s/ Brigitte Garza*

Brigitte Garza Attorney at Law, PLLC
1006 Fresno Street
San Antonio, Texas 78201
Tel: (210) 227-5700
Fax: (210) 227-5701
State Bar No.24032220
brigittegarza@sbcglobal.net
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of March 2022, a copy of the foregoing motion was E-filed Under the Case Filing System (ECF) from the United States District Court, from the Western District of Texas under Brigitte Garza Attorney at Law.

/s/ *Brigitte Garza*
_____

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# WESTERN   DISTRICT OF TEXAS

**UNITED STATES OF AMERICA** § §

**v.** § **DOCKET NO: SA: 21-CR-183 (5) FB**

**BRANDIE NICOLE SALINAS**

## ORDER

CAME TO BE HEARD on this _____ day of _____ 2022, Movant's Motion to Withdraw.  Court having considered the premises, is of the opinion that the same should be and is hereby   GRANTED/   DENIED.

Signed this _____ day of _____, 20____.

_____
Honorable FRED BIERY
UNITED STATES DISTRICT JUDGE