# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| USA § § | |
| vs. § § | Case Nunber: SA:21-CR-00183(5)-FB |
| (5) Brandie Nicole Salinas § *Defendant* | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, **George Aristotelidis** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 17th day of March, 2022.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE